**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**MICHAEL LORUSSO,**

        **Petitioner,**

v.                                                        **Case No. 1:25cv108-MCR/MAF**

**SECRETARY, Florida Department**
**of Children and Families,**

        **Respondent.**

_____/

**<u>ORDER</u>**

The Magistrate Judge issued a Report and Recommendation dated February 19, 2026.  *See* ECF No. 43.   The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1).   I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.   The Report and Recommendation, ECF No. 43, is adopted and incorporated by reference in this order.

2.    The amended § 2241 petition for writ of habeas corpus, ECF No. 4, is

       **DISMISSED** and all pending motions are **DENIED as moot**.

3.    A certificate of appealability is **DENIED** and leave to appeal in forma

       pauperis is also **DENIED**.

**DONE AND ORDERED** this 1st day of May 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**